R. Douglas Gentile
Douthit, Frets, Rouse, Gentile & Rhodes, LLC
903 E. 104th Street, Suite 610
Kansas City, MO 64131
Telephone: (816) 941-7600
Facsimile: (816) 941-6666
Email: dgentile@dfrglaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 08-2766 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Valerie Coats, Plaintiff<br>vs.<br>Pfizer Inc, a foreign corporation., Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Valerie Coats in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//

//

//

//



RECEIVED TIME MAR. 18. 12:19PM

only with each side bearing its own attorneys' fees and costs.



DATED: 3/18, 2010 By: [signature]

**DOUTHIT, FRETS, ROUSE, GENTILE & RHODES, LLC**
903 E. 104th Street, Suite 610
Kansas City, MO 64131
Telephone: (816) 941-7600
Facsimile: (816) 941-6666

*Attorneys for Plaintiff*

DATED: Mar. 22, 2010 By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

[signature]
Hon. Charles R. Breyer
United States District Court



RECEIVED TIME MAR. 18. 12:19PM